CJA 7
(Rev. 2/84)

LOCATION CODE _____

FILED BY _____ D.C.

05 DEC 19 PM 4: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF ... MEMPHIS

__USA__ vs. __YARBOR__

Docket No. __05-20417__ _B_

## ORDER TERMINATING APPOINTMENT OF COUNSEL and/or AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS

☒   Check one or both

☐

WHEREAS, __Doris Randle-Holt, First Asst. Fed. Def.__ was appointed as counsel for the above defendant/petitioner, on the __13 th__ day of __December__, 20 __05__ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/peitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☒ ORDERED that the appointment of said counsel is hereby terminated.

☐ AUTHORIZED/DIRECTED that such funds in the amount of $ _____ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12.20-05_

Dated this _19ᵗʰ_ day of _December_, 20 _05_ .

_____
United States Judge/Magistrate

DISTRIBUTION:   COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE

10

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in
case 2:05-CR-20417 was distributed by fax, mail, or direct printing on
December 20, 2005 to the parties listed.

---

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT