IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _RS_ D.C.

05 DEC 19 PM 2:50

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-20417-B |
| ) | |
| FREDDY YARBOR, ) | |
| ) | |
| Defendant. ) | |

ORDER TERMINATING APPOINTMENT OF COUNSEL

On December 12, 2005, the Federal Public Defender was appointed as counsel for the defendant Freddy Yarbor. The Federal Public Defender advises that he has a conflict of interest and cannot accept the representation and requests that the appointment be terminated and new counsel appointed for the defendant.

IT IS THEREFORE ORDERED that the appointment of the Federal Public Defender is hereby terminated, and counsel will be appointed for the defendant from the CJA list of attorneys.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
Date: December 19, 2005
Nunc pro tunc December 15, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-20-05

(11)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20417 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT