IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _AM_ D.C.

05 DEC 19 PM 4: 10

[stamp] CLERK, U.S. DISTRICT COURT W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

**FREDDY YARBOR**
**A/K/A FREDDY YARBORUGH**

05cr20417-B

## ORDER ON ARRAIGNMENT

This cause came to be heard on _December 19, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Mr. Stengel_ who is Retained/**Appointed**.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.
__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:922(g)
UNLAWFUL TRANSPORT OF FIREARMS, ETC.

Attorney assigned to Case: S. Johnson

Age: 26

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-20-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CR-20417 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT